Kevin Mahoney (SBN 235367)
kmahoney@mahoney-law.net
Laura Theriault (SBN 330474)
ltheriault@mahoney-law.net
**MAHONEY LAW GROUP**
249 Ocean Boulevard, Suite 814
Long Beach, CA 90802
Telephone: (562) 590-5550
Facsimile: (562) 590-8400

Attorneys for Plaintiff JOSE BERMEJO
on behalf of himself and all similarly
situated employees

Christopher J. Kondon (SBN 172339)
christopher.kondon@klgates.com
Saman M. Rejali (SBN 274517)
saman.rejali@klgates.com
Kate G. Hummel (SBN 305783)
kate.hummel@klgates.com
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Telephone:  310.552.5000
Facsimile:   310.551.5001

Attorneys for Defendant
LABORATORY CORPORATION
OF AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BERMEJO, as an individual, and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA, DBA LABCORP; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2:20-CV-5337-DMG-SK<br><br>Assigned for All Purposes to:<br>Hon. Dolly M. Gee<br>Courtroom 8C<br><br>**JOINT STIPULATION TO MODIFY SCHEDULE OF PRETRIAL & TRIAL DATES TO PERMIT THE PARTIES TO ENGAGE IN MEDIATION**<br><br>Complaint Filed: April 20, 2020<br>Case Removed: June 15, 2020<br>Trial Date: December 13, 2022 |

**JOINT STIPULATION TO MODIFY SCHEDULE OF PRETRIAL & TRIAL DATES TO PERMIT THE PARTIES TO ENGAGE IN MEDIATION**

Pursuant to paragraph 10 of this Court's Standing Order, Plaintiff Jose Bermejo, on behalf of himself and others similarly situated ("Plaintiff") and Defendant Laboratory Corporation of America ("Defendant") (collectively, the "Parties") hereby submit this Joint Stipulation and Request to Modify the Schedule of Pretrial & Trial Dates to Permit the Parties to Engage in Mediation with reference to the following facts:

WHEREAS, Defendant removed the above captioned matter to the United States District Court for the Central District on June 15, 2020.  *See* Docket Entry ("DE") No. 1.

WHEREAS, after briefing, the Court denied Plaintiff's Motion to Remand on November 2, 2020.  *See* DE Nos. 11-12, 17-20, 22, 23-25, 27.

WHEREAS, on December 4, 2020, the Parties filed their Joint Rule 26(f) Report.  *See* DE Nos. 28-29.

WHEREAS, on January 13, 2021, the Court issued the following Schedule of Pretrial & Trial Dates:

| Matter | Date |
| --- | --- |
| Amended Pleadings and Addition of Parties Cut-Off | 03-19-21 |
| Class Certification Motion (filing deadline) | 01-14-22 |
| Opposition to Class Cert Motion | 02-24-22 |
| Reply in Support of Class Cert Motion | 03-18-22 |
| Hearing on Class Cert Motion | 04-01-22 (10 am) |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | 08-09-22 |
| Motion Cut-Off (filing deadline) | 08-19-22 |
| Last hearing date for dispositive motions | 09-23-22 |
| Initial Expert Disclosure & Report Deadline | 09-13-22 |
| Rebuttal Expert Disclosure & Report Deadline | 10-11-22 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 10-25-22 |
| Settlement Conference Completion Date | 10-18-22 |

| | | |
|---|---|---|
| 1 | Joint Status Report re Settlement | 10-25-22 |
| 2 | Motions in Limine Filing Deadline | 10-25-22 |
| 3 | Opposition to Motion in Limine Filing Deadline | 11-01-22 |
| 4 | Proposed Pretrial Conference Order | 10-25-22 |
| 5 | Contentions of Fact/Law | 10-25-22 |
|   | Pretrial Exhibit Stipulation | 10-25-22 |
| 6 | Joint Exhibit List | 10-25-22 |
| 7 | Witness Lists & Joint Trial Witness Time Estimate Form | 10-25-22 |
| 8 | Agreed Statement of the Case | 10-25-22 |
| 9 | Proposed Voir Dire Questions | 10-25-22 |
|   | Joint Statement of Jury Instructions & | 10-25-22 |
| 10 | Joint Statement of Disputed Instructions | 10-25-22 |
| 11 | Verdict Forms | 10-25-22 |
| 12 | Final Pretrial Conference | 11-15-22 (2 pm) |
| 13 | Trial | 12-13-22 (8:30 am) |

14  WHEREAS, between January 25, 2021 and the present, the Parties have
15  engaged in discovery related to class certification issues, including the exchange of
16  interrogatories, requests for production and requests for admission (Declaration of
17  Kate G. Hummel ("Hummel Decl."), ¶ 2);
18  WHEREAS, based on this discovery, the Parties met and conferred on October
19  21, 2021 and agreed to attempt to informally resolve Plaintiff's claims (*id.* ¶ 3);
20  WHEREAS, between October 21, 2021 and November 16, 2021, the Parties
21  diligently tried to schedule a mediation with their agreed-upon mediators but
22  encountered difficulties due to their very limited availability in early 2022 (*id.* ¶ 4);
23  WHEREAS, on November 22, 2021, the Parties were fortunate enough to
24  secure a mediation date with the agreed-upon mediator, Hon Carl J. West (Ret.) for
25  February 24, 2022 (*id.* ¶ 5);
26  WHEREAS, the Parties have since met and conferred and agreed that all
27  litigation resources and expenses should go towards preparing for the February 24,
28

3
**JOINT STIPULATION TO MODIFY SCHEDULE OF PRETRIAL & TRIAL
DATES TO PERMIT THE PARTIES TO ENGAGE IN MEDIATION**

2022 mediation with Judge West in order to provide the Parties the best chances of informally resolving this action (*id.* ¶ 6);

WHEREAS, the Parties have met and conferred and agreed that a modification of the operative Schedule of Pretrial & Trial Dates is necessary to accomplish this objective (*id.* ¶ X);

WHEREAS, the Parties have met and conferred and propose that the current Schedule of Pretrial & Trial Dates be modified as follows:

| Matter | Current Date | Proposed Date |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off | 03-19-21 | N/A |
| Class Certification Motion (filing deadline) | 01-14-22 | 05-24-22 |
| Opposition to Class Cert Motion | 02-24-22 | 06-25-22 |
| Reply in Support of Class Cert Motion | 03-18-22 | 07-18-22 |
| Hearing on Class Cert Motion | 04-01-22 (10 am) | 08-08-22 (10 am) |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | 08-09-22 | 12-09-22 |
| Motion Cut-Off (filing deadline) | 08-19-22 | 12-19-22 |
| Last hearing date for dispositive motions | 09-23-22 | 01-23-22 |
| Initial Expert Disclosure & Report Deadline | 09-13-22 | 01-13-23 |
| Rebuttal Expert Disclosure & Report Deadline | 10-11-22 | 02-11-23 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 10-25-22 | 02-25-23 |
| Settlement Conference Completion Date | 10-18-22 | 02-18-23 |
| Joint Status Report re Settlement | 10-25-22 | 02-25-23 |
| Motions in Limine Filing Deadline | 10-25-22 | 02-25-23 |
| Opposition to Motion in Limine Filing Deadline | 11-01-22 | 03-01-23 |
| Proposed Pretrial Conference Order | 10-25-22 | 02-25-23 |
| Contentions of Fact/Law | 10-25-22 | 02-25-23 |
| Pretrial Exhibit Stipulation | 10-25-22 | 02-25-23 |
| Joint Exhibit List | 10-25-22 | 02-25-23 |

| | | |
|---|---|---|
| Witness Lists & Joint Trial Witness Time Estimate Form | 10-25-22 | 02-25-23 |
| Agreed Statement of the Case | 10-25-22 | 02-25-23 |
| Proposed Voir Dire Questions | 10-25-22 | 02-25-23 |
| Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions | 10-25-22 | 02-25-23 |
| Verdict Forms | 10-25-22 | 02-25-23 |
| Final Pretrial Conference | 11-15-22 (2 pm) | 03-14-22 (2 pm) |
| Trial | 12-13-22 (8:30 am) | 04-14-22 (8:30 am) |

NOW THEREFORE, to allow the Parties to meaningfully pursue informal resolution of Plaintiff's claims at the February 24, 2022 mediation with Judge West, the Parties hereby submit this Joint Stipulation requesting the Court to modify the pretrial and trial dates as set forth herein.

**RESPECTFULLY SUBMITTED.**

I, Kate G. Hummel, attest that all other signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.

MAHONEY LAW GROUP

Dated: December 17, 2021     By: /s/ *Laura Theriault*
Kevin Mahoney
Laura Theriault
Attorneys for Plaintiff Jose Bermejo

K&L GATES LLP

Dated: December 17, 2021     By: /s/ *Kate G. Hummel*
Christopher J. Kondon
Saman M. Rejali
Kate G. Hummel
Attorneys for Defendant
Laboratory Corporation of America

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) through the Court's electronic filing system, and paper copies will be sent to those indicated as non registered participants (if any) on December 17, 2021.

*s/ Kate G. Hummel*
Kate G. Hummel