EUGENE C. RYU (SBN 209104)
Gene.ryu@klgates.com
CARTER L. NORFLEET (SBN 318152)
Carter.norfleet@klgates.com
**K&L GATES LLP**
10100 Santa Monica Blvd, 8th Floor
Los Angeles, CA  90067
Telephone:  310.552.5000

Attorneys for Defendants

Kevin Mahoney (SBN: 235367)
kmahoney@mahoney-law.net
Berkeh Alemzadeh (SBN: 324834)
balem@mahoney-law.net
Laura Theriault (SBN: 330474)
ltheriault@mahoney-law.net
**MAHONEY LAW GROUP, APC**
249 E. Ocean Boulevard, Suite 814
Long Beach, CA 90802
Telephone No.:562-590-5550

Attorneys for Plaintiff JOSE BERMEJO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BERMEJO, as an individual, and on behalf of all similarly situated employees,<br><br>                    Plaintiff,<br><br>          v.<br><br>LABORATORY CORPORATION OF AMERICA, DBA LABCORP, a California corporation, and DOES 1 through 10, inclusive,<br><br>                    Defendant. | Case No.:  CV 20-5337-DMG(SKx)<br><br>**STIPULATION TO CONTINUE FINAL APPROVAL HEARING AND RELATED DEADLINES**<br><br>[Assigned to the Hon. Dolly M. Gee]<br><br>Filed: April 20, 2020 |

Plaintiff Jose Bermejo ("Plaintiff"), on the one hand, and Defendant Laboratory Corporation of America (collectively "Defendant"), on the other hand, (jointly referred to herein as the "Parties"), by and through their respective counsel of record, hereby enter into this Stipulation to Continue the Final Approval Hearing and related deadlines in this case with reference to the following facts:

WHEREAS, this Court granted the Preliminary Approval of the Class Action Settlement on March 21, 2023 (Dkt. 44);

WHEREAS, the Motion for Final Approval of Settlement is due no later than June 23, 2023 (*Id.*);

WHEREAS, this Court also scheduled a Final Approval hearing for July 14, 2023 at 9:30 a.m.  (*Id.*);

WHEREAS, Defendant is still working to reconcile class member statistics and work week counts to ensure that it provides accurate information to the Parties' agreed upon settlement administrator;

WHEREAS, Defendant anticipates needing until April 26, 2023 to confirm class member statistics and provide the same to the settlement administrator;

WHEREAS, the Parties have met and conferred regarding Defendant's need for additional time and agree that allowing Defendant additional time best promotes judicial economy, preserves the Court's resources, and that ensuring the accuracy of class member statistics provided to the settlement administrator presents good cause for allowing Defendant additional time;

WHEREAS, the Parties propose the following changes to the Court's Preliminary Approval Order:

- By April 26, 2023 - Defendant provides the settlement administrator with the required class information.
- By May 5, 2023 - the class administrator will send a copy of the class notice to class members.
- By May 8, 2023 - Plaintiff's counsel shall file a motion for attorneys' fees,

1

costs, and approval of the class representative service award, which will include a lodestar calculation for attorneys' fees that permits the court to conduct a lodestar cross-check.

- By June 19, 2023 - class members must opt-out or object to the settlement or to their work week calculation.

- By July 3, 2023 - Plaintiff shall file the Motion for Final Approval.

- July 21, 2023 - Final Approval Hearing.

WHEREAS, the Parties request that this Court vacate the current Final Approval Order and adopt the Parties' new proposed schedule and issue a new Order in accordance with this Stipulation;

WHEREAS, the Parties have not previously requested a continuance of the final approval hearing and related deadlines;

WHEREAS, the Parties believe substantial prejudice (in the form of inaccurate work week counts and disproportionate individual recovery) will result if the requested scheduling modification is denied;

THEREFORE, good cause existing, it is proposed and STIPULATED by the Parties as follows:

1.   This Court vacates the current final approval order (Dkt. 44) and issues a new Order adopting the following final approval schedule:

- By April 26, 2023 - Defendant provides the settlement administrator with the required class information.

- By May 5, 2023 - the class administrator will send a copy of the class notice to class members.

- By May 8, 2023 - Plaintiff's counsel shall file a motion for attorneys' fees, costs, and approval of class representative service award, which will include a lodestar calculation for attorneys' fees that permits the court to conduct a lodestar cross-check.

- By June 19, 2023 - class members must opt-out or object to the

settlement or to their work week calculation.

- By July 3, 2023 - Plaintiff shall file the Motion for Final Approval.
- July 21, 2023 - Final Approval Hearing

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**DATED:** April 17, 2023          **K&L GATES LLP**

By: */s/ Carter L. Norfleet*
    Eugene C. Ryu
    Carter L. Norfleet
    Attorneys for Defendant

DATED: April 17, 2023          **MAHONEY LAW GROUP, APC**

By: */s/ Kevin Mahoney*
    Kevin Mahoney
    Attorneys for Plaintiff

STIPULATION TO CONTINUE FINAL APPROVAL HEARING AND RELATED DEADLINES