UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BERMEJO, as an individual, and on behalf of all similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA, DBA LABCORP, a California corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. CV 20-5337-DMG(SKx)<br><br>**[PROPOSED] ORDER IN SUPPORT OF PARTIES' STIPULATION TO CONTINUE FINAL APPROVAL HEARING AND RELATED DEADLINES**<br><br>Assigned to the Hon. Dolly M. Gee<br><br>Filed: April 20, 2020 |

309544061.2

This Court, having reviewed the parties' Stipulation To Continue Final Approval Hearing And Related Deadlines, hereby orders as follows:

1. This Court vacates the current final approval order (Dkt. 44) and issues a new Order adopting the following final approval schedule:

    - By April 26, 2023 - Defendant provides the settlement administrator with the required class information.
    - By May 5, 2023 - the class administrator will send a copy of the class notice to class members.
    - By May 8, 2023 - Plaintiff's counsel shall file a motion for attorneys' fees, costs, and approval of class representative service award, which will include a lodestar calculation for attorneys' fees that permits the court to conduct a lodestar cross-check.
    - By June 19, 2023 - class members must opt-out or object to the settlement or to their work week calculation.
    - By July 3, 2023 - Plaintiff shall file the Motion for Final Approval.
    - July 21, 2023 - Final Approval Hearing.

**IT IS SO ORDERED.**

Dated: _____

HON. DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

309544061.2

1