Eugene C. Ryu (SBN 209104)
Gene.ryu@klgates.com
Carter L. Norfleet (SBN 318152)
Carter.norfleet@klgates.com
Paul M. Suh (SBN 321028)
Paul.suh@klgates.com
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Fl.
Los Angeles, CA 90067
Telephone:  310.552.5000
Facsimile:   310.551.5001

Attorneys for Defendant
LABORATORY CORPORATION
OF AMERICA

Kevin Mahoney (SBN 235367)
kmahoney@mahoney-law.net
Berkeh Alemzadeh (SBN: 324834)
balem@mahoney-law.net
Laura Theriault (SBN 330474)
ltheriault@mahoney-law.net
**MAHONEY LAW GROUP**
249 Ocean Boulevard, Suite 814
Long Beach, CA 90802
Telephone: (562) 590-5550
Facsimile: (562) 590-8400

Attorneys for Plaintiff JOSE BERMEJO
on behalf of himself and all similarly
situated employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BERMEJO, as an individual, and on behalf of all similarly situated employees,<br><br>          Plaintiff,<br>     vs.<br><br>LABORATORY CORPORATION OF AMERICA, DBA LABCORP; and DOES 1 through 50, inclusive,<br><br>          Defendant. | Case No. 2:20-CV-5337-DMG-SK<br><br>**JOINT STATUS REPORT**<br><br>[Assigned to the Hon. Dolly M. Gee]<br><br>Filed: April 20, 2020 |

TO THE HONORABLE COURT:

Plaintiff, Jose Bermejo ("Plaintiff"), and Defendant Laboratory Corporation of America dba Labcorp ("Defendant"), (collectively "Parties"), by and through their respective counsel of record, submit the following joint status report to the Court:

The Parties have been meeting and conferring regarding how to resolve the omitted class member issue in this case. The Parties have agreed to reach out to the omitted class members individually and will submit a joint stipulation regarding the procedure on November 10, 2023.

                                                **MAHONEY LAW GROUP, APC**

Dated: October 31, 2023        By: /s/ Laura Theriault
                                                  Kevin Mahoney
                                                  Berkeh Alemzadeh
                                                  Laura Theriault
                                                  Attorneys for Plaintiff Jose Bermejo

                                                **K&L GATES LLP**

Dated: October 31, 2023        By: /s/ Paul M. Suh
                                                  Eugene C. Ryu
                                                  Carter L. Norfleet
                                                  Paul M. Suh
                                                  Attorneys for Defendant
                                                  Laboratory Corporation of America