

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSE BERMEJO, as an individual, and on behalf of all similarly situated employees,

                   Plaintiff,

    vs.

LABORATORY CORPORATION OF AMERICA, DBA LABCORP; and DOES 1 through 50, inclusive,

                   Defendant.

No. CV 20-5337-DMG (SKx)

**FINAL JUDGMENT**

This Court having held a Final Approval Hearing on May 31, 2024, notice of the hearing having been duly provided in accordance with this Court's March 17, 2023 Order Granting Plaintiffs' Motion for Preliminary Approval of Settlement Agreement ("Preliminary Approval Order") [Doc. # 44], and having issued its Order Regarding Motion for Final Approval of Settlement Agreement and Motion for Attorney Fees, Costs, and Class Representative Award [Doc. # 88] and having retained jurisdiction for settlement administration and now fully having considered all matters submitted to it in the resolution and administration of this matter, including the Declaration of Yami Burns (on Behalf of Phoenix Settlement Administrators) with Respect to Disbursement and Final Accounting [Doc. # 89], for good cause appearing, and finding no just reason for further delay in entry of judgment in this matter, it is hereby **ORDERED, ADJUDGED AND DECREED** as follows:

This Court finds that settlement administration is now complete and under Federal Rule of Civil Procedure 54(b), there is no reason for further delay in entering judgment and hereby orders that judgment is hereby entered according to the terms and conditions of the Class Action Settlement Agreement ("Settlement Agreement") [Doc. # 38-2], whereby Plaintiff and all "Participating Settlement Class Members" are hereby permanently enjoined from prosecuting the claims released therein and from initiating or continuing other proceedings regarding the "Released Claims," as defined therein. *See* Settlement Agreement at Paragraph I(EE), I(FF), III(Q) [Doc. # 38-2 at 5, 6, 18].

Brian Poole filed a timely request for exclusion and therefore is not bound by this Judgment.  [Doc. # 88 at ¶ 8.]

**IT IS SO ORDERED.**


DATED:  January 31, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE